James R. Leickly, Esq. (Ohio Bar No. 0038309)
MITCHELL J. STEIN & ASSOCIATES LLP
60 West Columbus Street
Pickerington, Ohio, 43147
Phone (614) 834-9650
Fax: (614) 837-5432
E-mail:  eric@ewittenberglaw.com

Attorneys for all Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL J. STEIN, an individual;<br><br>MITCHELL J. STEIN & ASSOCIATES LLP, a California Limited Liability Partnership Approved May 2, 2011 by the California State Bar, Certificate Number 54393,<br><br>                    Plaintiffs,<br><br>       vs.<br><br>KAMALA D. HARRIS, an individual; BENJAMIN DIEHL, an individual;  JAMES M. TOMA, an individual;  and DOES 1-10, inclusive,<br><br>                    Defendants. | Case No. 3:12-cv-00985-JSC<br><br>**STIPULATED REQUEST FOR ORDER, PURSUANT TO CIVIL L.R. 6-2(a), TO CHANGE TIME FOR PLAINTIFFS TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS FILED 4/10/12**<br><br>**[Civil L.R. 6-2(a)]**<br><br>**Judge: Hon. Mag. Jacqueline Scott Corley** |

IT IS HEREBY STIPULATED BY THE PARTIES, pursuant to Civil L.R. 6-2(a) that Plaintiffs be granted an addition 21 days from their current April 24, 2012 deadline to file their memorandum and brief in opposition to the "Motion to Dismiss Complaint Without Leave to Amend; Alternatively, to Change Venue" (hereinafter the "Motion to Dismiss").  The new, requested date would be May 15, 2012.

Pursuant to Civil L.R. 6-2(a), the reason for this stipulation and request to this Court is that the Motion to Dismiss raises complex issues and that Plaintiffs are engaging new legal counsel to work on this case and address such issues.

Also, as required by Civil L.R. 6-2(a), the parties inform the Court that there have been no previous extensions or enlargements of time in this case in general or as related to the Motion to Dismiss in particular.

Finally, as also required by Civil L.R. 6-2(a), the parties inform this Court that the only effect on the current court schedule would be to postpone the current 9 a.m. May 31, 2012 hearing date on the Motion to Dismiss. The parties after consultation have agreed to request from this Court a new hearing date that would be set for no earlier than the week of Monday, July 9, 2012. All other Court deadlines shall remain extant.

/s/ James R. Leickly
James R. Leickly, Esq. (Ohio Bar No. 0038309)
MITCHELL J. STEIN & ASSOCIATES LLP
60 West Columbus Street
Pickerington, Ohio, 43147
Phone (614) 834-9650
Fax: (614) 837-5432
E-mail:  eric@ewittenberglaw.com

Attorneys for all Plaintiffs


/s/ Molly S. Murphy,
Molly S. Murphy, Esq. (State Bar No. 149907)
Deputy Attorney General of California
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Phone: (213) 897-6024
Fax: (213) 897-2810
E-mail: Molly.Murphy@doj.ca.gov

Attorney for Defendants

  Pursuant to the stipulation, the briefing schedule is modified as follows:
  Plaintiff's oppositions due on 5/15/2012
  Defendant's rely due on 5/29/2012
  Hearing is reset to July 12, 2012 at 9:00 a.m.

Dated: April 23, 2012

