KAMALA D. HARRIS
Attorney General of California
TYLER PON
Supervising Deputy Attorney General
MOLLY S. MURPHY
Deputy Attorney General
State Bar No. 149907
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013
 Telephone:  (213) 897-6024
 Fax:  (213) 897-2810
 E-mail:  Molly.Murphy@doj.ca.gov
*Attorneys for defendants Kamala D. Harris,
Benjamin Diehl and James Toma*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MITCHELL J. STEIN, ET AL.,** | CV12-0985CRB |
| Plaintiffs, | Related to CV12-0987CRB |
| v. | **STIPULATION TO EXTEND TIME FOR PARTIES TO OPPOSE AND REPLY TO MOTION TO DISMISS FIRST AMENDED COMPLAINT; ALTERNATIVELY TO CHANGE VENUE; ORDER** |
| **KAMALA D. HARRIS, ET AL.,** | |
| Defendants. | |
| **DEAN COPPER, ET AL.,** | |
| v. | Courtroom: 6<br>Judge: Hon. Charles R. Breyer<br>Trial Date: None<br>Action Filed:   2/27/12 |
| **KAMALA HARRIS, ET AL.** | |

Plaintiffs, by and through their counsel Andrew Weitz of Spire Law Group and defendants Kamala D. Harris, Benjamin Diehl and James Toma (collectively, "the Attorney General

defendants"), by and through their counsel, Deputy Attorney General Molly S. Murphy of the California Attorney General's Office, hereby enter into this stipulation:

**<u>RECITAL</u>**

1. Plaintiffs filed this action on February 27, 2012.

2. On May 29, 2012, in response to plaintiffs' First Amended Complaint, the Attorney General defendants filed a Motion to Dismiss the First Amended Complaint; Alternatively to Change Venue ("Motion").

3. An opposition to the Motion is due on June 12, 2012, and a reply to any opposition is due on June 19, 2012. The hearing date for the Motion is July 20, 2012.

4. Ms. Murphy, counsel for the Attorney General defendants, will be out of the State of California attending to family matters from June 9, 2012 to July 1, 2012.

5. Due to their counsel's unavailability, the Attorney General defendants seek an extension until July 10, 2012 to file a reply to any opposition to be filed by plaintiffs. In exchange for the stipulation, plaintiffs seek additional time to file opposition papers.

6. The extension will decrease the amount of time the Court will have to review a reply brief before the hearing of the Motion. The hearing date is 10 days after the proposed extended reply due date. If the Court prefers more time to review these papers, the parties request the Court to continue the hearing to a date that is convenient for the Court. The extension should not otherwise affect the schedule for the case. The action was filed on February 27, 2012. The case management conference is scheduled for July 20, 2012.

7. The previous time modifications that have occurred in this case are: 1) on April 23, 2012, the Court approved the parties' stipulation granting plaintiffs an additional 21 days to respond to the defendants' previous motion to dismiss; 2) all dates were vacated when this action was transferred to the Honorable Charles R. Breyer from the Honorable Jacqueline Scott Corley.

## **STIPULATION**

The parties stipulate that: 1) plaintiffs may have until July 2, 2012 to file opposition papers to the Attorney General defendants' Motion to Dismiss the First Amended Complaint; Alternatively, to Change Venue; 2) the Attorney General defendants may have until July 10, 2012 to file a reply to any opposition to be filed by plaintiffs; and 3) if the Court prefers more time to review the papers, that the July 20, 2012 hearing be continued to a date that is convenient for the Court.

Dated: June 4, 2012                                   SPIRE LAW GROUP

/s/ Andrew Weitz

Andrew Weitz
Attorneys for plaintiffs

Dated: June 4, 2012                                    KAMALA D. HARRIS
Attorney General of California
TYLER PON
Supervising Deputy Attorney General

/s/ Molly S. Murphy
Molly S. Murphy
Deputy Attorney General
Attorneys for defendants Kamala D. Harris, Benjamin Diehl and James Toma

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The July 20, 2012 hearing is continued to August 3, 2012 at 10:00 a.m.

Dated: June 12, 2012

_____
United States District Judge

[SEAL: IT IS SO ORDERED / Judge Charles R. Breyer / United States District Court, Northern District of California]