KAMALA D. HARRIS
Attorney General of California
TYLER PON
Supervising Deputy Attorney General
MOLLY S. MURPHY
Deputy Attorney General
State Bar No. 149907
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013
  Telephone:  (213) 897-6024
  Fax:  (213) 897-2810
  E-mail:  Molly.Murphy@doj.ca.gov
*Attorneys for defendants Kamala D. Harris,
Benjamin Diehl and James Toma*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MITCHELL J. STEIN, ET AL.,**<br><br>                                    Plaintiffs,<br><br>     v.<br><br>**KAMALA D. HARRIS, ET AL.,**<br><br>                                    Defendants. | CV12-0985CRB<br><br>Related to CV12-0987CRB<br><br>**REQUEST FOR TELEPHONIC APPEARANCE FOR AUGUST 3, 2012 HEARING RE DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT; DECLARATION OF MOLLY S. MURPHY [PROPOSED] ORDER**<br><br>Date: August 3, 2012<br>Time: 10:00 a.m.<br>Courtroom:    6<br>Judge: Hon. Charles R. Breyer<br>Trial Date: None<br>Action Filed:   2/27/12 |

Molly S. Murphy, counsel for defendants Kamala D. Harris, Benjamin Diehl and James Toma ("Attorney General defendants"), respectfully requests to appear via telephone for the hearing scheduled on August 3, 2012 at 10:00 am in Courtroom 6 of this Court, the Honorable Charles Breyer presiding, on the Attorney General defendants' Motion to Dismiss plaintiffs' First

Amended Complaint. Ms. Murphy is the handling attorney for the Attorney General defendants in this action. She is the only parent of a six year old child, resides in Los Angeles, and does not have overnight child care. A 10:00 am hearing on August 3, 2012 is likely to require an overnight stay in San Francisco on August 2, 2012. Therefore, a telephonic appearance is requested and would be deeply appreciated.

Dated: July 16, 2012                                    Respectfully submitted,

                                                        KAMALA D. HARRIS
                                                        Attorney General of California
                                                        TYLER PON
                                                        Supervising Deputy Attorney General


                                                        /s/ Molly S. Murphy
                                                        MOLLY S. MURPHY
                                                        Deputy Attorney General
                                                        *Attorneys for Kamala D. Harris, Benjamin Diehl and James Toma*

[PROPOSED] ORDER

The request of Molly S. Murphy to make a telephonic appearance at the August 3, 2012 10:00 a.m. hearing on defendants' Motion to Dismiss plaintiffs' First Amended Complaint is GRANTED.

July ___, 2012                                  _____
                                                United States District Judge

## DECLARATION OF MOLLY S. MURPHY

I, MOLLY S. MURPHY, HEREBY DECLARE:

1. I am an attorney at law, a Deputy Attorney General and counsel of record for defendants Kamala D. Harris, Benjamin Diehl and James Toma ("the Attorney General defendants") in this action. The matters stated herein are within my personal knowledge and I would and could testify competently thereto if called upon to do so.

2. I am the handling attorney for the Attorney General defendants in this action.

3. I am the only parent of a six year old child. We reside in Los Angeles and do not have other relatives in the State of California. I do not have overnight child care. To be on time for a 10:00 a.m. hearing in this Court on August 3, 2012, it would be advisable to travel to San Francisco from Los Angeles on August 2, 2012, which would require an overnight stay away from my child. I request and would deeply appreciate a telephonic appearance for the August 3, 2012 hearing due to my child's need for supervision and care.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct and that this declaration was executed on July 16, 2012 at Los Angeles, California.

          /s/ Molly S. Murphy
          Molly S. Murphy

# CERTIFICATE OF SERVICE

Case Name:   **Mitchell Stein, et al. v. Kamala D. Harris, et al.**   No.   **CV12-0985CRB**

I hereby certify that on <u>July 17, 2012</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**REQUEST FOR TELEPHONIC APPEARANCE FOR AUGUST 3, 2012 HEARING RE DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT; DECLARATION OF MOLLY S. MURPHY [PROPOSED] ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>July 17, 2012</u>, at Los Angeles, California.

|   Sue Ng   |   /s/ Sue Ng   |
|:---:|:---:|
| Declarant | Signature |