KAMALA D. HARRIS
Attorney General of California
TYLER PON
Supervising Deputy Attorney General
MOLLY S. MURPHY
Deputy Attorney General
State Bar No. 149907
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013
  Telephone: (213) 897-6024
  Fax: (213) 897-2810
  E-mail: Molly.Murphy@doj.ca.gov
*Attorneys for defendants Kamala D. Harris,
Benjamin Diehl and James Toma*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MITCHELL J. STEIN, ET AL.,**<br><br>                              Plaintiffs,<br><br>    v.<br><br>**KAMALA D. HARRIS, ET AL.,**<br><br>                              Defendants. | CV12-0985CRB<br><br>Related to CV12-0987CRB<br><br>**REQUEST FOR TELEPHONIC APPEARANCE FOR AUGUST 3, 2012 HEARING RE DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT; DECLARATION OF MOLLY S. MURPHY [PROPOSED] ORDER**<br><br>Date: August 3, 2012<br>Time: 10:00 a.m.<br>Courtroom:    6<br>Judge: Hon. Charles R. Breyer<br>Trial Date: None<br>Action Filed:  2/27/12 |

Molly S. Murphy, counsel for defendants Kamala D. Harris, Benjamin Diehl and James Toma ("Attorney General defendants"), respectfully requests to appear via telephone for the hearing scheduled on August 3, 2012 at 10:00 am in Courtroom 6 of this Court, the Honorable Charles Breyer presiding, on the Attorney General defendants' Motion to Dismiss plaintiffs' First

Amended Complaint. Ms. Murphy is the handling attorney for the Attorney General defendants in this action. She is the only parent of a six year old child, resides in Los Angeles, and does not have overnight child care. A 10:00 am hearing on August 3, 2012 is likely to require an overnight stay in San Francisco on August 2, 2012. Therefore, a telephonic appearance is requested and would be deeply appreciated.

Dated: July 16, 2012

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
TYLER PON
Supervising Deputy Attorney General

/s/ Molly S. Murphy
MOLLY S. MURPHY
Deputy Attorney General
*Attorneys for Kamala D. Harris, Benjamin Diehl and James Toma*

[PROPOSED] ORDER

The request of Molly S. Murphy to make a telephonic appearance at the August 3, 2012 10:00 a.m. hearing on defendants' Motion to Dismiss plaintiffs' First Amended Complaint is GRANTED.

July 18, 2012

_____
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

2