1   KAMALA D. HARRIS
    Attorney General of California
2   TYLER PON
    Supervising Deputy Attorney General
3   MOLLY S. MURPHY
    Deputy Attorney General
4   State Bar No. 149907
      300 South Spring Street, Suite 1702
5     Los Angeles, CA  90013
      Telephone:  (213) 897-6024
6     Fax:  (213) 897-2810
      E-mail:  Molly.Murphy@doj.ca.gov
7   *Attorneys for defendants Kamala D. Harris,*
    *Benjamin Diehl and James Toma*
8

9                IN THE UNITED STATES DISTRICT COURT
10              FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

12

13

| 14 | **DEAN COPPER, ET AL.,** | CV12-0987CRB |
|----|--------------------------|--------------|
| 15 | Plaintiffs, | Related to CV12-0985CRB |
| 16 | **v.** | |
| 17 | | **REQUEST FOR TELEPHONIC APPEARANCE FOR AUGUST 17, 2012 HEARING RE DEFENDANTS' HARRIS, DIEHL AND TOMA'S MOTION FOR RULE 11 SANCTIONS; DECLARATION OF MOLLY S. MURPHY [PROPOSED] ORDER** |
| 18 | **KAMALA D. HARRIS, ET AL.,** | |
| 19 | Defendants. | |
| 20 | | Date: August 17, 2012 |
| 21 | | Time: 10:00 a.m. |
| 22 | | Courtroom: 6 |
| 23 | | Judge: Hon. Charles R. Breyer |
|    | | Trial Date: None |
|    | | Action Filed:  2/27/12 |

24       Molly S. Murphy, counsel for defendants Kamala D. Harris, Benjamin Diehl and James

25   Toma ("Attorney General defendants"), respectfully requests to appear via telephone for the

26   hearing scheduled on August 17, 2012 at 10:00 am in Courtroom 6 of this Court, the Honorable

27   Charles Breyer presiding, on the Attorney General defendants' Motion for Rule 11 Sanctions.

28

                                        1

Ms. Murphy is the handling attorney for the Attorney General defendants in this action. She is the only parent of a six year old child, resides in Los Angeles, and does not have overnight child care. A 10:00 am hearing on August 17, 2012 is likely to require an overnight stay in San Francisco on August 16, 2012. Therefore, a telephonic appearance is requested and would be deeply appreciated.

Dated: July 26, 2012       Respectfully submitted,

             KAMALA D. HARRIS
             Attorney General of California
             TYLER PON
             Supervising Deputy Attorney General


             /s/ Molly S. Murphy
             MOLLY S. MURPHY
             Deputy Attorney General
             *Attorneys for defendants Kamala D. Harris,*
             *Benjamin Diehl and James Toma*

## [PROPOSED] ORDER

The request of Molly S. Murphy to make a telephonic appearance at the August 17, 2012 10:00 a.m. hearing on defendants' Motion for Rule 11 Sanctions is GRANTED.

July 30, 2012

_____
United States District Judge

IT IS SO ORDERED

Judge Charles R. Breyer