IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL J. STEIN, ET AL., | Nos. C 12-00985 CRB |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| KAMALA D. HARRIS, ET AL., | |
| Defendants. | |

Having granted Defendants' motions to dismiss, the Court hereby enters judgment for Defendants and against Plaintiff.

**IT IS SO ORDERED.**

Dated: August 6, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE